Case 2:06-mc-00082-AML-DGG   Document 1-2   Filed 10/11/2006   Page 1 of 6

Cardenas v. Church of Jesus Christ of Latter-Day Saints                              Doc. 1 Att.

In:
United States of America: Federal District Court
Western District of Texas
United States Court House
111 Broadway.
Del Rio Texas. 78840.

Plaintiff: Ramiro Cardenas: 506 E. Star Crystal City Texas
Verses: Defendant.
Church of Jesus Christ of the Latter day Saints
50 E. N. Temple St. Rm. 1320. Salt City Utah 84150.5300
For acts and or actions of LDS Church members: MD Dr
Rodney Dotson: add: 7? 1994 Branch President. Quijo Spg
Texas LDS Church Branch.
From Harrison Harrison Rental Properties. P.O. Box 6671
Monroe WI 53716
Co Defendant. Herald D. Pertman. 711 Navarro St. Suite 300
San Antonio Texas. 78296.

Charge.-
Misuse of Public Office Power Knowingly with intent
to deprive. Plaintiff from acquiring assets and Cash Won by
Plaintiff against State of Texas and 2 CAD. 1998 in Case. in
State Court. 365ᵗʰ

To Honorable Judge of Said Court.
And Now Come the above name Plaintiff. Ramiro Cardenas
For his Cause of Action. against the above Name defendants
and Co Defendant

Rodney Dotson, M.D. Eione Harrison and Co defendant Harold D Putman, Jr and states as follows.

General allegations

Plaintiff is a Latter day Saint Church Priestholder a Priest. 3rd from lowest rank in Church Priesthood and has been inactive to Church activities and follow up in Church leadership authority.

Defendants Dotson and Harrison are Latter day Saints Church active members and higher up grade in Church Priesthood ranks. Plaintiff and defendants have been long term acquainted through Church afiliation.

2. Petition has Produce in long term standing of Plaintiff defense against the Political Corruption Center in Zavala County and Produced Huge Conflict of Interest to Claim of Latter day Saints Church of setting the Kingdom of God on the Earth. To which Plaintiff have Proven wrong, as the True Biblical nation of Jehovah's God on the Earth is the United States of America and this Cause of action is brought up against the Church of Jesus Christ of the Latter day Saints as to their official and Individual understanding capacity.

All occurrence described here in occurred in Counties of Zavala County town of Crystal City Texas. From 1984 up to 2006.

Case in filing may affect None Church members, But afiliated with members of Dotson and Harrison by Cause of

3

Case to been filed by Plaintiff

To. The Court.

From 1981 up to 86. Plaintiff was Confrontingly written defiance to the government system of the State of Texas and Signing all letters Decrees ect Sign. the Some moumon Priest Crazy House.

The development of the defiance of, Romin Cardenas. USA Constitution, verses, the Texas Corrupted local and State government system Church members to whom. I handed out copies of my letters to Bill Clements, Mark White, Bill Clement, Ann Richards. all were Sign the mormon Priest only a few did Not had, this.

By 1989 Dr Rodney Dotson. medical Doctor Came from Reno Nevada to Canyon Spgs and became Church. Branch President

On several occasion alone Both in the Kitchen of the Dr House. the Doctor requested I drop of this defiance against the New just Starting out 293rd Texas Judicial District Judge, Ray Perez, who became elected for the Benefit of the Colombian and mexican drug lords. seeking to use Judicial muscle Power Control

To what Dr Dotson was referring. for Plaintiff to follow was to get deeper into Church participation. then in Space of to two years; all assets and monies won by Plaintiff against State of Texas would be Claims from Case 9008299 and the help of the Church would get more membership for the LDS Church growth

4

Plaintiff Rejected Dr. Dotson Proposal.

Reason. Dr. Dotson requested saith action from Plaintiff 1991. Was Because. In 1991. Exibit 1. entered Copy from Case 90082992. Awarding all money and assets. Cauzes Spgs LDS Church Branch. after. Plaintiff wife of 28 yrs. was Flinging (infidelity) and. wife recurred to Church Branch for help in seeking to keep infidelity. Covered up.

After 1994 Plaintiff filed again in Court of 365th. Texas Judicial District Court. to Claim for self again all of Land and Cash for Plaintiff in. Answer and Counter Complaint against ZCAD. in Case # 90082992. Case. # 90082992. was dismissed 1998. same refiled in 1999. in # 9812069I.

In 1997. Feb 27. Plaintiff requested Sum of fifty thousand dollars Cash from Board Chairwoman of ZCAD Diana Placios. Plaintiff was rejected settlement of Case 90082992 up to 2001. Plaintiff kept on attempting to reason with State of Texas. officals to settle dispute of Case 90082992. Dec. 4. 2001. Case 9812069I. was presented for Sheriff Sale. But. No one Bet or offered on Property of Case # 90082992 (being Same as 9812069I I. Because in the presences of all Spectors. Plaintiff Presented to Sheriff of Parola County Copies of double Jeapordy Court paper which filed By Co Defendant Harold D Pittman.

Time elapsed and. Defendant Evans Harrison bought through Court

Paper work. Property of 506 E. Stars Crystal City Texas. Being made fully aware of double jeopardy Case of 90082992 and #98120691.

In the intent to deprive Plaintiff of Total Winnings of Case 90082992, and Knowingly Committing Fraud, seeking to prevent Plaintiff from acquiring from Texas State government through Court. Sum of one million Nine hundred eighty five thousand dollars Cash. Plus twenty thousand acres of farm land with implement for Plaintiff from Case 90082992.

Plaintiff here for enters to this Federal Court, against the Church of Jesus Christ of Latter day Saints. For LDS Church bother. For Church to Compensate Plaintiff Ramiro Cardenas for long term hardships discomforts and Inconvenience. Cause by Church leader, Dr Rodney Dotson. and Elders Harrison. Church is to negosiate with State of Texas and 3ACD for settling. Sued. and secure Plaintiff acquired sum of one million Nine hundred eighty five thousand dollars Cash and the twenty thousand acres of farmland with implement. Plus the low lands South of Plaintiff Property all the way through Turkey Creek, Hwy 83. over west side of 83. Low lands and Cost to Clear Brush from Low lands. to Commence project for Water Reservior.

Co Defendant Harold D. Putman will be dismissed from this case after Harold D. Putman funnels into Zavala County Bank Sum of $250,000.00 two hundred fifty thousand dollars Cash.

Church of Jesus Christ of Latter day Saints will question acts and of activists. Dr Rodney Dotson, acts why or for what reason Dr Rodney Dotson conspired with Director of Centro de Salud Ventura Gonzales; the intent in wanting to disappear Plaintiff Jimmy Hoffa Style Sept 1, 1994.

Evian Harrison will return property deed of ownership to Plaintiff Ramiro Cardenas; and no money will be return to Evian Harrison.

In the Event, Co defendant refusal to funnel the cash requested, Plaintiff will file in Court against Co defendant Harold D Putman and Winter Garden under ground water Conservation district. Charge of Court double jeopardy Paper work fraud seeking to move private Public Power to cause mental anguish and financial Burden on Plaintiff.

The Public Corruption exposed in Court cases of Texas State Relating to the case is very Huge and Church leaders will seek Best Salvation to all of this and Burnett. Plaintiff to Change to better way of living Life Style and to be done for the Glory of Jehovah in the Name of Jesus Christ amen

Ramiro Cardenas Plaintiff

Witness:
Zavala Co Shiriff Richard Salinas      — U.S. Marshal Ralph Meeman
State district Clerk Rachel P. Ramirez — Texas Governor
Town manager Diana Palacios"           — Rick Perry
ex Town Mayor Paul Gomez               — Frankie Mancha Jr.