Case 2:06-mc-00082-AML-DGG   Document 3   Filed 12/21/2006   Page 1 of 2

Cardenas v. Church of Jesus Christ of Latter-Day Saints                                           Doc.

FILED
DEC 21 2006
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. Federal District Court.
U.S Western District of Texas.
Del Rio Texas 78840.

Denial to file in Forma Pauperies
Case - 2-06-MC 00082. Doc 2. AML/DGG
File 12-13-2006.

Plaintiff
Ramiro Cardenas.              Verses. Defendants.
506 E. Star                   Church of Jesus Christ of
Crystal City Texas. 78839.    Latter day Saints.
                              Salt Lake City. Utah.
        motion to set aside. Denial to file in
                Forma Pauperies.

To Honorable. Judge of saitta Court.
    The above name. Plaintiff. enters motion to set aside the denial to file in Forma Pauperies. by Court Cause. against defendant. for space of 70 days. of time. which will permitt. Plaintiff to aquire. amount of money to pay filing Charges for case to be serve.
    set aside of case. hand written unintelligible six page hand written attachment. will be re arranage. with names dates and years of local and State. official of past and present. Partaken. in public Power manipulation to help. selective induvidals. elude the long arm of the

law. and parties will be lable for Court as Conspirators in willfull justice miscarrage. X Copies of letters will be punish with filling Charges to be paid by Plaintiffs in space of 70 day. of Case 206. 00082 - motion to set aside to allow Plaintiff time to aquire filing fees.. granted by Court. will permitt. defendant Allieds to seek ways to descredet and denied Scripters which Prove. We the USA are the Biblical Conentry of Jehovah Dad.

Affirmitive USA Citizen
Ramus Cardenas