Case 2:06-mc-00082-AML-DGG   Document 4   Filed 12/28/2006   Page 1 of 10

Cardenas v. Church of Jesus Christ of Latter-Day Saints                                      Doc.

FILED
DEC 28 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

20. years  In Redress of Grievances
U.S Federal district Court.
  US Western District of Texas
    Del Rio Texas 78840.
      Re: arrange for Court. understanding.
Re: Case # 2:06-MC 82.
   Plaintiff Ramiro Cardenas: 506 E Stan Crystal City Tex
vs. Defendant. Church of Jesus Christ of Latter Day Saints
Salt Lake City Utah.
      Denial to allow Plaintiff to Proceed in
forma pauperis:
   Paragraph 1. of denial: motion is without merit.
Paragraph 2. 1 sentence six Page hand written attachment that
most part is un-intelligable - (makes No sense.)
   Paragraph 3 - 3 & 4 sentence Statement of Nature of action
4 - Statement that he believes that he is entitled to the Redress
he seeks - Denied. order sign by Dennis G Green. U.S.
magistrate judge.
      To the Court.
   Since. magistrate judge Dennis G Green has sign what is
a request for Redress of Grievances on Behalf of Plaintiff
denial to Proceed in Forma Pauperis Court Proceeding.
US Bill of Rights: amendant I to Petition the gouvernment for
a Redress of Grievances. Sept 29. 1779: Redress. to compensate
for a wrong. Grievances - Circumstance thought to be unjust and
ground for Complaint
   Paper work for this Cause is hand written

due to Plaintiff not being able to use typing machine and Persons from whom, Plaintiff offered to pay Person for typing Plaintiff Court Needed paper work. Persons refuse or stated do not agree with what you are doing reason for refusal to Type Papers for Plaintiff

B. Order of Denial. 1 Paragraph 2d Sentence. motion is without merit worth value excellent. Something deserving reward. 2 paragraph. 1 sentence - of point. Six page. hand written attachment that is for most part un-intelligible = intellect. The abilitity to reason or Understand

4 Petition states. Ramiro Cardenas: LDS Saints Church Priest Verses: LDS Church for acts and or actions of Evers Harussion LDS Church member and MD Doctor Rodney Doteen. 1988.

95. LDS Church Branch Carrizo Spg. Branch President LDS. Church Branch from San Antonio Stake of LDS Church - 5. Dr. Rodney Doteen. LSS Church Branch president of LDS. Church Branch Carrizo Spgs. Tex. was given Copies of State of Texas Court Case 9008299. Tx. where, Counter Plaintiff. Ramiro Cardenas Verses County defendant. 365th Texas Judicial District Court. Counter defendant Zavala County appraisal district office. Jay attorney Jeanne Navarro. Austin Tex. Counter Plaintiff awards the LDS Church Branch Carrizo Spg Texas. Counter Plaintiff Ramiro Cardenas awards the LDS Church twenty thousand acres of Texas land with improvement. Plus one million Nine hundred eighty five thousand dollars cash.

6. But Not being prepare to take over the

3

State of Texas Corrupted judicial Branch. the Church leaders wanted to want. and that of Ramiro Cardenas was to drink muddy water then move up into a Social level. with exaltation in way of life. Not being taught as a boy to be a hypocrite. Plaintiff refuse the offer and was Cutted off from Church meeting Sunday School and Priesthood meetings.

7 Before this Court Case. 9008299 II in 1988. Ramiro Cardenas - Bonded out Ruben Trevino Jr.. 293d Texas judicial district Court Carrizo Spgs. Texas. Case. Close 1989. after Ruben Trevino Jr. was sentence to 35 yr in Prison. Jury of Victim David Ruiz release. 2002. Hondo Jr. Unit. TDC. San Antonio duties Court. Change of Venue. and the only one time Case of State of Texas verus Ruben Trevino Jr. D.A. amado abascal III district judge Rey Perez. Service on March 21 88 was the first attempt by the System to use legal Procedure to Silence Ramiro Cardenas. But Back fired and was the starting of the present up to date defenses fixed which turned Biblical Espionage and Proves we the USA are truly the Biblical Country of Jehovah God on the Earth.

8- After this in April 21. 1991. In Atascosa County Texas Jourdanton County Chief Deputy Ken miester was murder. on a Sting Drug operation. Six months after Ken miester Spend over two hours talking to Judge Rey Perez. at the judges Court office. Present was Joe Luis Lopez. Catholic Church decon. miester seeking to get Rey Perez to surrender to U.S. marshall Bill Jonas for being one fine Person as the ones who order the

murder of David Rios. Nov 15 1987. Court paper Work done by Rebecca Perez & Roxanne Perez Garcia. Court paper work on the Ruben Trevino case done by both. six month later Ken Nieto gets hit. Hit to intimidate anyone allidering with GreyHouse against the 86. century drug lords Central Texas Judicial Branch System

Case 9008299-7, dismissed 1997. Was re numbered to same Court 365th Tex. district Court with No. 98120691. double jeopardy Case. Court paper work Harold D Putman on Case 98120691. done Nov 2015. on Case 9008299-7. Fraud by Ivory Henderson and Harold D. Putman. Conspired on Fraud. Court paper Work. 365th 293rd district Clerk Rachel P Ramirez and Zavala County Clerk oralia Trevino.

The defense fied has Kept on up to date. In 3-14.01 Plaintiff Ramiro Cardenas was arrested at the request of J.P. Josie Espinoza the request was done By Durwood Edwards to JP Espinoza. after Ramiro Cardenas answered Durwood Edwards. that Court paper Work will be by law accepted in Court if in order. Need. Clean and understandable to read even on Brawny towel. and Durwood Edwards requested to State to process Ramiro Cardenas.

1.2001. March 14. arrested at 1214 N Ave B, Crystal City Texas after operating Business of that selling merchandise openly in sight of Common and Every one release on Bond April 19 2001 Re arrested two Count Indictment. arrested Feb. 14. 02. release. Feb. 16. 2002. 11 times on Pretrial Charges dismiss with Prejudice

Feb. 2, 2004.

12. 1992. Luis Alberto Segovia was murder by Felipe Flores jr. and Jorge Yblarra jr. Jose Segovia, Father of the Victim use to work for Jack Kingsbery, a very well known men in Crystal City. When Mr. Kingsbery heard that every one mostly from town were saying that Flores and Yblarra were the murderers of Luis Alberto. Mr. Kingsbery went to Sheriff Jose Serna to seek the arrest of Flores and Yblarra. Mr. Kingsbery was told it was better for him, Jack Kingsbery, health to let Segovia's murder alone.

13. It is not intelligent for Plaintiff Ramiro Cardenas to seek that the Latter day Saints Church leaders question Dr Rodney Dotson, Latter day Saint member and Certify medical Doctor for the Dr to answer before a Federal Judge why Did he, Dr. Dotson and Ventura Gonzales, director of Centro de Salud, government funded medical Clinic, for Dr Dotson to try to denied that he, Dr Dotson and Ventura Gonzales wanted to disappear Ramiro Cardenas to disappear Jimmy Hoffa Style from Centro de Salud. It is not intelligent to seek this from the US Courts since it has been our own USA Courts the Places that all that pertains to God in our government is being removed. The ten Commandants are to be place in our Country Capital. The Pledge of allegiance to Old Glory will be the invocation in every school room Sports and Political meeting. No Preachers. In gathering the Serenity Prayer and Pledge of allegiance will be the only Prayers for meeting or Sports.

4. On this Redress of Grievances, the State of Texas will follow-up on request to settle enter in Case 9812069, 365th Texas Judicial District Court and Harold D. Putman will follow-up on settlement at Zavala County appraisal district office Crystal City Tx.

5. Proceed to Settle, beyond the Shadow of doubt, the True Blessed Nation of Jehovath God the United States of America in the Name of Jesus Christ Amen.

Ramiro Cardenas Crazy Horse

In

U.S Federal District Court
Western District of Texas
111 Broadway, Del Rio Texas 78840
      Cause #: 2-06.MC.082
  Supplement to Redress of Grievance.
Ramiro Cardenas. Plaintiff
506 E Stay      vrs. Defendant.
Crystal City Texas    Church of Jesus Christ of Latter day
         Saint. Salt Lake City Utah.


  Grievance to Court.
Enclose is copy of Subpoena. sine to Ramiro Cardenas to testify in favor of defendant. Davis Granados: due to jurors being change from the jurors selected in Court before Amado Abascal III district judge presiding case. on 2d day of Court the jurors which were chosen in Court were dismiss and replace with jurors whose names were pulled out at the district Clerk office. 13 names were pulled due to fact one Person call for this jury duty refuse to participate with the other eleven so on more Persons was called.

  Questionable is. Were none of the Court people notice the replacement of the jurors after one day in Court; was Amado Abascal II judge defense att Gregory Torres. DA asst Robert little none were aware the jurors had been replace. Question Rachel Ramirez- District Clerk. Robert little. Evelrio Salinas Sheriff and deputy Flores who order the jurors change on the

Davis Granados Case.
as the testimony of Ramiro Cardenas is, that what happen to Armando Guillen Victim shot by Davis Granados, what was. It was an attempted set up ambush on defendant by the Victim that failed. But the defense attorney and Court did not called Ramiro Cardenas to testify and left the subpoena in possession. of Ramiro Cardenas:

There. Grievances for. Texas State 365th Judicial District Court Case. 0201028452CR. Possession of marihuana 020102846. 2CRAJA. Delivery of marihuana. Plead not guilty and in defense enter adverse Counter Court action Proceeding with motion for discovery. appoint 293d 365th Texas Judicial District attorney Roberto Serna. Dismiss with Prejudice Feb. 2. 04.. Compensation by State of Texas 293d 365th Texas Judicial District attorney four thousand dollars and Confiscated old Silver Certificate of 10.00 5.00 two $100.00 Bills, Confiscated by. ?? County or DEA on day of arrest. 3-14-01    it is in DEA report and DA report.

Red White & Blue.<br>
Ramiro Cardenas. Crazy Horse

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| RAMIRO CARDENAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:06-MC-082 |
| | § | |
| CHURCH OF JESUS CHRIST OF | § | |
| LATTER-DAY SAINT | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending is Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. After due consideration, the undersigned finds the motion is without merit and should be denied.

Plaintiff's application consists of an affidavit and a six-page hand-written attachment that is, for the most part, unintelligible. In his affidavit, Plaintiff indicates that he is unemployed and the only income he receives is in the form of social security disability payments. He does not, however, state the amount of social security disability he has received and what he expects he will continue to receive. Plaintiff further indicates that he has either cash or a checking or savings account with a balance of $20.00 and that he does not own any real estate, stocks, bonds securities, other financial instruments, automobiles or any other things of value.

Pursuant to 28 U.S.C. § 1915(a)(1), to qualify for *in forma pauperis* status, a non-prisoner applicant like Plaintiff must submit an affidavit which includes: (1) a statement of all the assets he possesses; (2) a statement that he is unable to pay the requisite filing fee or provide security therefor; (3) a statement of the nature of the action; and (4) a statement that he believes that he is entitled to the redress he seeks. The affidavit Plaintiff submitted to this Court does not meet these

requirements. Plaintiff not only failed to disclose to the Court the amount of income he receives in social security disability, but he also failed to disclose the expenses he incurs that would prevent him from using his social security disability to pay the costs of the instant litigation. Absent a more particularized statement of his financial situation, the Court is simply unable to determine whether circumstances in the instant action justify allowing Plaintiff to proceed *in forma pauperis*.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED**.

It is so **ORDERED** this 12th day of December, 2006.

DENNIS G. GREEN
UNITED STATES MAGISTRATE JUDGE