UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

RAMIRO CARDENAS                          §
                                         §
vs.                                      §        NO:  DR:06-MC-00082-AML
                                         §
CHURCH OF JESUS CHRIST OF LATTER DAY     §
SAINTS

**ORDER**

On December 21, 2006, Plaintiff filed what shall be construed as a motion to reconsider the denial of

Plaintiff's application to proceed *in forma pauperis* (Docket Entry #3).  After due consideration, the undersigned

finds that the motion is without merit and hereby **DENIED**.

It is so **ORDERED** this 3rd day of January, 2007.

_____
DENNIS G. GREEN
U.S. MAGISTRATE JUDGE

Dockets.Justia.com